## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Robby S. Arrington,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>Noble Finance Corp.,<br><br>　　　　　　　　Defendant. | Case No.   18-CIV-105-RAW |

### ORDER

This case was filed on April 4, 2018 alleging Defendant failed to pay overtime to Plaintiff and retaliated against Plaintiff in violation of the Fair Labor Standards Act [Docket No. 2]. Defendant was served on or about April 20, 2018 [Docket No. 5]. No further activity has occurred on the case.

Plaintiff is ordered to show cause no later than **July 20, 2018** as to why this matter should not be dismissed for failure to prosecute. Failure to respond could result in the case being dismissed pursuant to the Federal Rules of Civil Procedure and Local Civil Rules.

Dated this 5th day of   July, 2018.

_____
HONORABLE RONALD A. WHITE
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF OKLAHOMA