# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. ROBBY S. ARRINGTON, an individual, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>1. NOBLE FINANCE CORP., a domestic, )<br>Corporation, )<br>)<br>Defendant. ) | Case No. 18-CV-105-RAW |

## DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Robby S. Arrington, by and through his counsel of record, Armstrong & Vaught, P.L.C., dismisses all of Plaintiff's claims and causes of action in the above styled and numbered case with prejudice, each party to bear their own attorney's fees and costs. This dismissal is made pursuant to the terms of a Settlement Agreement completed by the parties effective July 19, 2018.

Dated this 20th day of July, 2018.

Respectfully Submitted,

Armstrong & Vaught, P.L.C.

/s/ *Charles C. Vaught*
Charles C. Vaught, OBA #19962
2727 E. 21st Street, Suite 505
Tulsa, Oklahoma 74114
(918) 582-2500
(918) 583-1755 Facsimile
cvaught@a-vlaw.com
**Attorney for Plaintiff**